51422
XXXX2798

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: 11-01045-ESL13 |
|---|---|
| EDMIR RIVERA MOJICA | CHAPTER: 13 |
| *Debtor(s)* | |

## NOTICE OF APPEARANCE

TO THIS HONORABLE COURT:

COMES now **FIRST BANK DE PUERTO RICO**, hereinafter referred to as "FIRST BANK" by the undersigned attorney, very respectfully alleges and prays:

1. FIRST BANK, a creditor in the above captioned case, has appointed the undersigned attorney to represent it in all proceedings pending before this Honorable Court.

2. FIRST BANK, hereby requests that all notices, plans, amendments to plans and motions filed herein by any party be notified to FIRST BANK by due service upon the undersigned attorney.

**WHEREFORE**, it is respectfully requested that the master address list be amended to include the undersigned attorney so as to permit that future notices, and documents filed in the subject case be served upon the undersigned counsel.

**RESPECTFULLY SUBMITTED**

I HEREBY CERTIFY that this 2th day of March 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: *the Trustee ALEJANDRO OLIVERAS RIVERA* and to *to the debtor's attorney, ROBERTO FIGUEROA CARRASQUILLO*.

MARTINEZ & TORRES LAW OFFICES
P.O. Box 192938
San Juan, PR 00919-2938
Tel. (787) 767-8244: Fax (787) 767-1183

s/ Vanessa M Torres Quiñones

By: Vanessa M Torres Quiñones
USDC -PR 217401
vtorres@martineztorreslaw.com